STANLEY CLARKE, as Trustee of ASSOCIATED GAS AND ELECTRIC COMPANY, Debtor, Respondent, v. THE PUBLIC NATIONAL BANK AND TRUST COMPANY OF THE CITY OF NEW YORK, Appellant.— Order, so far as appealed from, affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within five days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Glennon and Cohn, JJ., dissent and vote to reverse and grant the motion.

INTERNATIONAL AIRCRAFT TRADING Co., INC., Appellant, v. DANIEL F. YOUNG, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

METTA WOOSTER HORST, Respondent, v. ANNA C. HORST, Appellant.— Order, so far as appealed from, unanimously modified by granting defendant leave to serve an amended answer within ten days after service of order with notice of entry, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of PAUL J. MCKINNON and Others for an Order under Article 78, Civil Practice Act, against JOHN H. DELANEY and Others, BROTHERHOOD OF RAILROAD SIGNALMEN OF AMERICA and Others.— Motion for leave to appeal to the Court of Appeals granted. [See 263 App. Div. 986.] Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

DORSAR ENTERPRISES, INC., v. ALFRED J. CALLAHAN, as Trustee under a Declaration of Trust Dated July 8, 1938, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; O'Malley, J., taking no part.

SAUL HANOVER, Doing Business as DANUBE ENGINEERING & TRADING Co., v. SINCLAIR REFINING COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

Mrs. REGINALD REICHMAN v. COMPAGNIE GENERALE TRANSATLANTIQUE.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; O'Malley, J., taking no part.

SOLOMON GINSBURG v. BRONX COUNTY TRUST COMPANY, as Successor Trustee of 1161 Shakespeare Avenue Apartment Building, First Mortgagee Fee 5¾% Serial Gold Bond Certificates Issued under a Certain Mortgage Trust Indenture Bearing Date May 16th, 1927, Made between R. G. & F. CONSTRUCTION CORPORATION and the COLONIAL BANK, as Trustee.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.; Callahan, J., taking no part.

MARTIN F. SHEA and Another v. ATLANTIC BEACH HOMES CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

MAX LOEWINTHAN v. BETH DAVID HOSPITAL and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; O'Malley, J., taking no part.